UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

    Plaintiff,

v.

ALLEN DILHARA SHAM and
ERIK PARK-FIELDS,

    Defendants.

Case No. 4:18-cv-13009
Hon. Matthew F. Leitman

---

## **ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO DEFENDANT ERIK PARK-FIELDS ONLY**

Based upon the Plaintiff, Allstate Fire and Casualty Insurance Company's Notice of Dismissal with prejudice as to Defendant Erik Park-Fileds, only, which was filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and the Court being fully advised in the premises, it is hereby ordered that Defendant Erik Park-Fields is DISMISSED from the above-captioned litigation WITH PREJUDICE.

**This is a not a Final Order and does not close the case.**

                /s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated: January 23, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2019, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764